DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GABOR SIMMONDS** and
**LIZETTE SIMMONDS** a/k/a **LIZETTE OLAECHEA,**
Appellants,

v.

**GRACE OLAECHEA,**
Appellee.

No. 4D20-2686

[October 7, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE19-13383.

Gabor Simmonds and Lizette Olaechea, Weston, pro se.

Ricardo Corona, Ricardo M. Corona and Yung Truong of Corona Law Firm, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***